RUNDEL, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Anna J. Rundel against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

---

SAGEHOMME v. PAUL B. PUGH & CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Bauduin Sagehomme against Paul B. Pugh & Co. No opinion. Motion for stay granted, on defendant giving bond in the sum of $2,500. Settle order on notice.

---

SAMMIS, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Frank F. Sammis against the New York City Railway Company.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent $10 costs in five days and place the case upon the next calendar of this court for argument. On compliance with these conditions, motion to dismiss appeal is denied, without costs.